IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

MICHAEL MASON,

        Plaintiff,

v.

Case No.:      19-CV-83

GREEN COUNTY, BRADLEY J. GILBERT,
RANDALL A. TEUTSCHMANN, and
SCOTT A. ELLEFSON, all in their individual
capacities,

        Defendants.
_____

## ANSWER AND AFFIRMATIVE DEFENSES
_____

Defendants Green County, Scott A. Ellefson, Bradley J. Gilbert and Randall A. Teutschmann, by their attorneys, Crivello Carlson, S.C., answer Plaintiff's Complaint as follows:

**I.    NATURE OF THE ACTION**

101.    Answering paragraph 101 of the Complaint, admit that Plaintiff purports to have asserted claims under 42 U.S.C. § 1983 for alleged violations of his constitutional rights, but deny that Plaintiff has sufficiently pled claims under 42 U.S.C. § 1983, or the Fourth or Fourteenth Amendments to the United States Constitution. As further answer, deny these answering Defendants unlawfully entered Plaintiff's home, and deny these answering Defendants violated Plaintiff's rights as alleged or otherwise.

**II.    JURISDICTION AND VENUE**

    **A.    Jurisdiction**

201.    Answering paragraph 201 of the Complaint, Defendants aver that they are unable to confer jurisdiction by admission and therefore deny the allegations contained therein; as further

answer, Defendants lack knowledge and information sufficient to form a belief as to the truth of any remaining allegations contained therein, and therefore deny the same putting Plaintiff specifically to his proof thereon.

### B. Venue

202. Answering paragraph 202 of the Complaint, Defendants aver that they are unable to confer venue by admission and therefore deny the allegations contained therein; as further answer, Defendants lack knowledge and information sufficient to form a belief as to the truth of any remaining allegations contained therein, and therefore deny the same putting Plaintiff specifically to his proof thereon.

### III. PARTIES

#### A. Plaintiffs

301. Answering paragraph 301 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

#### B. Defendants

302. Answering paragraph 302, admit.

303. Answering paragraph 303, admit.

304. Answering paragraph 304, admit.

305. Answering paragraph 305, admit.

306. Answering paragraph 306, admit that Green County is a municipal corporation authorized under and created by the laws of the State of Wisconsin and that it employed Bradley J. Gilbert, Randall A. Teutschmann, and Scott A. Ellefson at all relevant times; as further

answer, deny any allegation of improper conduct and affirmatively allege that Plaintiff's rights were not violated or infringed by these answering Defendants.

## IV.   ALLEGATIONS OF FACTS AS TO ALL CAUSES OF ACTION

401.   Answering paragraph 401 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

402.   Answering paragraph 402 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

403.   Answering paragraph 403 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

404.   Answering paragraph 404 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

405.   Answering paragraph 405 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

406.   Answering paragraph 406 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

407. Answering paragraph 407 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

408. Answering paragraph 408 of the Complaint, admit that these answering Defendants were dispatched to 211 West Main Street. As to the remaining allegations, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

409. Answering paragraph 409 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

410. Answering paragraph 410 of the Complaint, admit.

411. Answering paragraph 411 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

412. Answering paragraph 412 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

413. Answering paragraph 413 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

414. Answering paragraph 414 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

415. Answering paragraph 415 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

416. Answering paragraph 416 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

417. Answering paragraph 417 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

418. Answering paragraph 418 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

419. Answering paragraph 419 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

420. Answering paragraph 420 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

421. Answering paragraph 421 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

422. Answering paragraph 422 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

423. Answering paragraph 423 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

424. Answering paragraph 424 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

425. Answering paragraph 425 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

426. Answering paragraph 426 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

427. Answering paragraph 427 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

428. Answering paragraph 428 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

429. Answering paragraph 429 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

430. Answering paragraph 430 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

431. Answering paragraph 431 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

432. Answering paragraph 432 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

433. Answering paragraph 433 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

434. Answering paragraph 434 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

435. Answering paragraph 435 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

436. Answering paragraph 436 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

437. Answering paragraph 437 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

438. Answering paragraph 438 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon. As further answer, deny these answering Defendants violated Plaintiff's rights as alleged or otherwise.

439. Answering paragraph 439 of the Complaint, deny and put Plaintiff to his proof thereon.

440. Answering paragraph 440 of the Complaint, deny and put Plaintiff to his proof thereon.

441. Answering paragraph 441 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations regarding Maddie and her residence and therefore deny them, putting Plaintiff to his proof thereon. As to all remaining allegations deny and put Plaintiff to his proof thereon. As further answer, deny these answering Defendants violated Plaintiff's rights as alleged or otherwise.

442. Answering paragraph 442 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon. As further answer, deny these answering Defendants violated Plaintiff's rights as alleged or otherwise.

443. Answering paragraph 443 of the Complaint, admit that law enforcement officers found a marijuana growing operation in the basement of the house in question. As to all other allegations, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon. As further answer, deny these answering Defendants violated Plaintiff's rights as alleged or otherwise.

444. Answering paragraph 444 of the Complaint, admit.

445. Answering paragraph 445 of the Complaint, admit.

446. Answering paragraph 446 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon. As further answer, deny these answering Defendants violated Plaintiff's rights as alleged or otherwise.

447. Answering paragraph 447 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon. As further answer, deny these answering Defendants violated Plaintiff's rights as alleged or otherwise.

448. Answering paragraph 448 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon. As further answer, deny these answering Defendants violated Plaintiff's rights as alleged or otherwise.

449. Answering paragraph 449 of the Complaint, admit. As further answer, deny these answering Defendants violated Plaintiff's rights as alleged or otherwise.

450. Answering paragraph 450 of the Complaint, admit.

451. Answering paragraph 451 of the Complaint, admit.

452. Answering paragraph 452 of the Complaint, the referenced court decision speaks for itself and therefore these answering Defendants neither admit nor deny. As further answer, deny these answering Defendants violated Plaintiff's rights as alleged or otherwise.

453. Answering paragraph 453 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

454. Answering paragraph 454 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

455. Answering paragraph 455 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

456. Answering paragraph 456 of the Complaint, deny and put Plaintiff to his proof thereon.

457. Answering paragraph 457 of the Complaint, deny that the search in question was unlawful and therefore deny the paragraph in its entirety and put Plaintiff to his proof thereon.

458. Answering paragraph 458 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon. As further answer, deny these answering Defendants violated Plaintiff's rights as alleged or otherwise.

459. Answering paragraph 459 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

460. Answering paragraph 460 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon. As further answer, deny these answering Defendants violated Plaintiff's rights as alleged or otherwise.

461. Answering paragraph 461 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon. As further answer, deny these answering Defendants violated Plaintiff's rights as alleged or otherwise.

462. Answering paragraph 462 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

463. Answering paragraph 463 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

**V.    BASES OF LIABILITY**

    **A.    Federal Civil Rights Claims**

        **1.    Fourth Amendment**

            **a.    Unlawful Entry**

501. Answering paragraph 501 of the Complaint, deny and put Plaintiff to his proof thereon.

502. Answering paragraph 502 of the Complaint, this paragraph sets forth a legal conclusion to which no response is required. To the extent that a response is deemed necessary, deny that Plaintiff's description is either complete or correct and therefore deny the paragraph in its entirety putting Plaintiff to his proof thereon.

### B.   Statutory Indemnification Liability of Defendant City[1]

503. Answering paragraph 503 of the Complaint, deny that the individual defendants committed any unlawful acts or violated Plaintiff's rights as alleged or otherwise and therefore deny the paragraph in its entirety putting Plaintiff to his proof thereon.

504. Answering paragraph 504 of the Complaint, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

## VI.   DAMAGES AND EQUITY

### A.   Compensatory Damages

601. Answering paragraph 601 of the Complaint, deny that the individual defendants committed any unlawful acts or violated Plaintiff's rights as alleged or otherwise and therefore deny the paragraph in its entirety putting Plaintiff to his proof thereon.

### B.   Punitive Damages

602. Answering paragraph 602 of the Complaint, deny that the individual defendants committed any unlawful acts or violated Plaintiff's rights as alleged or otherwise and therefore deny the paragraph in its entirety putting Plaintiff to his proof thereon.

## VII.   CONDITIONS PRECEDENT

---

[1] The Complaint refers to "City" but upon information and belief, no city or city employees were named as defendants in this action.

701. Answering paragraph 701 of the Complaint, this paragraph sets forth a legal conclusion to which no response is required. To the extent that a response is deemed necessary, these answering Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and therefore deny them, putting Plaintiff to his proof thereon.

## **AFFIRMATIVE DEFENSES**

As and for affirmative defenses to Plaintiff's Complaint, these answering Defendants submit the following:

a. The injuries and damages sustained by Plaintiff were caused in whole or in part by the acts or omissions of Plaintiff and the failure to mitigate;

b. The injuries and damages sustained by Plaintiff were caused in whole or in part by the acts or omissions of persons other than these answering Defendants;

c. Plaintiff cannot establish that any acts or non-acts of these answering Defendants caused Plaintiff's constitutional deprivations, if any;

d. The Complaint contains allegations that fail to state claims upon which relief may be granted as against these answering Defendants;

e. These answering Defendants are immune from suit by immunities including qualified immunity and discretionary immunity;

f. Plaintiff has failed to state claims for and is not legally entitled to compensatory damages;

g. Plaintiff has failed to state claims for and is not legally entitled to punitive damages;

h. Any injuries or damages sustained by Plaintiff are the result of an intervening and/or superseding cause preventing Plaintiff any rights of recovery against these answering Defendants;

i. Plaintiff may have failed to name necessary and indispensable parties;

j. Plaintiff's claim for punitive damages is contrary to Wisconsin law and the Constitution;

k. To the extent Plaintiff is bringing state law claims, the claims are subject to limitations, requirements, caps and immunities in Wis. Stat. § 893.80;

l. At all times relevant to matters alleged in Plaintiff's Complaint, these answering Defendants acted in good faith, in accordance with established laws and administrative rules;

m. No individual defendant can be found liable for the actions of any other individual defendant(s) under a theory of *respondeat superior*, or supervisory liability;

n. All or portions of Plaintiff's Complaint must be dismissed because one or more of these answering Defendants had no personal involvement whatsoever in the events leading to or surrounding the incident which is the basis of this lawsuit;

o. These answering Defendants reserve the right to invoke additional affirmative defenses as they may become known through further discovery in this action.

WHEREFORE, Green County, Scott A. Ellefson, Bradley J. Gilbert and Randall A. Teutschmann respectfully request the following relief:

1. for a dismissal of Plaintiff's Complaint upon its merits and with prejudice;

2. for the costs and disbursements of this action;

3. for reasonable actual attorneys' fees pursuant to 42 U.S.C. § 1988; and

4.	for such other relief as this Court deems just and equitable.

**DEFENDANTS HEREBY DEMAND A TRIAL BY JURY**

Dated this 11th day of April, 2019.

By:   s/ Sara C. Mills
SAMUEL C. HALL JR.
State Bar No: 1045476
SARA C. MILLS
State Bar No. 1029470
KILEY B. ZELLNER
State Bar No. 1056806
Attorney for Defendants, Green County, Scott A. Ellefson, Bradley J. Gilbert and Randall A. Teutschmann
CRIVELLO CARLSON, S.C.
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203
Ph: (414) 271-7722
Fax: (414) 271-4438
E-mail: shall@crivellocarlson.com
smills@crivellocarlson.com
kzellner@crivellocarlson.com